**TRENK, DiPASQUALE, WEBSTER,**
  **DELLA FERA & SODONO, P.C.**
347 Mt. Pleasant Avenue, Suite 300
West Orange, NJ 07052
(973) 243-8600
Joseph J. DiPasquale (JD3330)
Thomas M. Walsh (TW0645)
*Counsel to Mantiff-Jahnavi Zanesville*
  *Hospitality, LLC, Debtor and Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>MANTIFF-JAHNAVI ZANESVILLE HOSPITALITY, LLC,<br><br>                    Debtor. | Case No. 08-26040 (NLW)<br><br>Chapter 11<br><br>Honorable Novalyn L. Winfield |

**MOTION OF DEBTOR AND DEBTOR-IN-POSSESSION**
**FOR ENTRY OF AN ORDER (i) AUTHORIZING DEBTOR**
**TO SELL ITS REAL AND PERSONAL PROPERTY FREE AND CLEAR OF**
**ALL LIENS, CLAIMS AND ENCUMBRANCES, (ii) APPROVING AUCTION**
**PROCEDURES IN CONNECTION THEREWITH, INCLUDING, WITHOUT**
**LIMITATION, STALKING HORSE BIDDER'S EXPENSE REIMBURSEMENT; (iii)**
**APPROVING ASSUMPTION AND ASSIGNMENT OF OTHER AGREEMENTS**
**RELATED THERETO, (iv) AUTHORIZING SURCHARGE OF COLLATERAL**
**PURSUANT TO 11 U.S.C. § 506(c); AND (v) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that on **October _____, 2008, at ____:00 ____.m.,** or as

soon thereafter as counsel may be heard, Mantiff-Jahnavi Zanesville Hospitality, LLC (the

"Debtor"), by and through its undersigned counsel, Trenk, DiPasquale, Webster, Della Fera &

Sodono, P.C., shall move before the Honorable Novalyn L. Winfield, United States Bankruptcy

Judge, at the United States Bankruptcy Court, Martin Luther King, Jr. Federal Building, 50

Walnut Street, Third Floor, Newark, New Jersey, for entry of an Order (i) authorizing Debtor to

sell its real and personal property free and clear of liens, claims and encumbrances; (ii)

approving auction procedures in connection therewith, including, but without limitation, stalking horse bidder's expense reimbursement; (iii) approving assumption and assignment of other agreements related thereto; (iv) authorizing surcharge of collateral pursuant to 11 U.S.C. § 506(c); and (v) granting related relief.

**PLEASE TAKE FURTHER NOTICE** that in support of the Debtor's Motion, the undersigned shall rely on the Verified Application and proposed form of Order submitted simultaneously herewith.

**PLEASE TAKE FURTHER NOTICE** that pursuant to D.N.J. LBR 9013-2, no brief is being submitted as the relief requested by the Debtor is fully set forth in the Application.

**PLEASE TAKE FURTHER NOTICE** that oral argument is waived pursuant to D.N.J. LBR 9013-1(f), unless a timely objection is filed.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief requested by the Debtor shall:  (i) be in writing; (ii) specify with particularity the basis of the objections; and (iii) be filed with the Clerk of the United States Bankruptcy Court, electronically by attorneys who regularly practice before the Bankruptcy Court in accordance with the General Order Regarding Electronic Means for Filing, Signing, and Verification of Documents, dated March 27, 2002 (the "General Order"), and the Commentary Supplementing Administrative Procedures, dated as of March 2004 (the "Supplemental Commentary") (the General Order, Supplemental Commentary and the User's Manual for the Electronic Case Filing System can be found at www.njb.uscourts.gov, the official website for the Bankruptcy Court, and by all other parties-in-interest, and shall be simultaneously served on Trenk, DiPasquale, Webster, Della Fera & Sodono, P.C., 347 Mount Pleasant Avenue, Suite 300, West Orange, New Jersey 07052 (Attention: Joseph

J. DiPasquale, Esq.), in accordance with the General Order and the Supplemental Commentary, so as to be received by no later than the time period specified in the Order Shortening Time.

**PLEASE TAKE FURTHER NOTICE** that unless an objection is timely filed and served, the Motion shall be deemed uncontested in accordance with D.N.J. LBR 9013-1(a) and the relief may be granted without a hearing.

> **TRENK, DiPASQUALE, WEBSTER,**
> **DELLA FERA & SODONO, P.C.**
> Counsel for Mantiff-Jahnavi Zanesville
>   Hospitality, LLC, Debtor and
>   Debtor-in-Possession
>
> By:___/s/ Joseph J. DiPasquale_____
>         Joseph J. DiPasquale

Dated:  October 16, 2008

F:\WPDOCS\A-M\Mantiff Jahnavi Zanesville Hospitality LLC (Ramada Inn)\Sale - Motion.doc