| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**TRENK, DiPASQUALE, WEBSTER,<br> DELLA FERA & SODONO, P.C.**<br>347 Mount Pleasant Avenue, Suite 300<br>West Orange, New Jersey 07052<br>(973) 243-8600<br>Joseph J. DiPasquale (JD3330)<br>Thomas M. Walsh (TW0645)<br>Michele M. Dudas (MD5029)<br>*Counsel to Mantiff-Jahnavi Zanesville Hospitality,<br> LLC, Debtor and Debtor-in-Possession* | Order Filed on<br>**6/8/2009**<br>by Clerk U.S. Bankruptcy<br>Court District of New Jersey |
| In re:<br><br>MANTIFF-JAHNAVI ZANESVILLE<br>HOSPITALITY, LLC,<br><br>　　　　　Debtor. | Chapter 11<br><br>Case No. 08-26040 (NLW)<br><br>Honorable Novalyn L. Winfield |

**SECOND CONSENT ORDER MODIFYING SALE PRICE
AND EXTENDING DEADLINE TO CLOSE ON SALE
OF DEBTOR'S REAL AND PERSONAL PROPERTY**

　　The relief set forth on the following pages, numbered two (2) through four (4), is hereby

**ORDERED**.

**DATED: 6/8/2009**

　　　　　　　　　　　　　　　　　　　　　／s／ Novalyn L. Winfield
　　　　　　　　　　　　　　　　　　　　　Honorable Novalyn L. Winfield
　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

(Page 2)

Debtor: Mantiff-Jahnavi Zanesville Hospitality, LLC

Case No.: 08-26040 (NLW)

Caption of Order: Second Consent Order Modifying Sale Price and Extending Deadline to Close on Sale of Debtor's Real and Personal Property

---

**THIS MATTER** having been originally presented to the Court by Trenk, DiPasquale, Webster, Della Fera & Sodono, P.C., counsel for Mantiff-Jahnavi Zanesville Hospitality, LLC, Chapter 11 debtor and debtor-in-possession (the "Debtor"), upon motion for entry of an Order authorizing the Debtor to sell its real and personal property (as more clearly defined in the Application filed in support of the Motion) and granting related relief (the "Motion"); and the Court having considered the pleadings filed by the Debtor in support of its Motion and opposition thereto, if any; and the Court having heard oral argument, if any; and the Court having previously entered an Order (i) Authorizing Debtor to Sell its Real and Personal Property Free and Clear of All Liens, Claims and Encumbrances; (ii) Granting Certain Stay Relief and; (iii) Granting Related Relief, on January 6, 2009 (the "Sale Order"); and Brian F. Hofmeister, Esq. - counsel to Dipali Jariwala, assignee ("Buyer"); Prassana Mahadeva, Esq. - counsel to Ciena Capital Funding, LLC ("Ciena"), and Joseph J. DiPasquale, Esq. - counsel to the Debtor, having agreed to the Sale Order entered on January 6, 2009; and the Court having previously entered a Consent Order Modifying the Purchase Price and Extending Deadline to Close on Sale of Debtor's Real and Personal Property on April 29, 2009 (the "Consent Order"); and the parties having further agreed to modify the purchase price and extend the Closing Date based on the terms set forth herein; and for other good cause having been shown,

**IT IS ORDERED** that the purchase price is One Million Eight Hundred Thousand Dollars and No Cents ($1,800,000.00) ("Purchase Price"), and it is further

**ORDERED** that Ciena's credit bid is hereby modified and reduced to the amount of the Purchase Price; and it is further

**ORDERED** that the $50,000.00 carve-out due to the Debtor's estate shall be paid at closing. The Buyer shall pay $10,000.00 of the carve-out (in addition to the Purchase Price).

*Approved by Judge Novalyn L. Winfield June  08, 2009*

Debtor: Mantiff-Jahnavi Zanesville Hospitality, LLC

Case No.: 08-26040 (NLW)

Caption of Order: Second Consent Order Modifying Sale Price and Extending Deadline to Close on Sale of Debtor's Real and Personal Property

---

The net proceeds of sale to Ciena after the carve-out shall be $1,760,000.00. Buyer's $85,000.00 deposit shall be applied to the Purchase Price. GCP shall not receive any carve-out based upon the fact that the purchaser and Purchase Price have changed; and it is further

**ORDERED** that the Buyer shall pay to Ciena, on or before 5:00 p.m. (EST) on Friday, June 5, 2009, a non-refundable deposit in the amount of $200,000.00, which shall be applied to the Purchase Price in exchange for an extension of the deadline to close on the sale of the Debtor's real and personal property to July 31, 2009; and it is further

**ORDERED** that Debtor shall start making adequate protection payments in the amount of $1,500.00 to Ciena ("AP Payment"), commencing on June 8, 2009 and on each Monday thereafter through and including July 27, 2009, the Monday immediately preceding the closing date of the sale transaction with Buyer; and it is further

**ORDERED** that the Debtor's use of Ciena's cash collateral is hereby continued and extended to July 31, 2009; and it is further

**ORDERED** that a default in making any non-refundable payment by the Buyer or any AP Payment by the Debtor results in title to the Property vesting in Ciena. The Buyer retains the right to cure a default by the Debtor in accordance with its cure rights under the Sale Order; and it is further

**ORDERED** that all other terms and conditions set forth in the Sale Order remain in full force and effect except to the extent modified by this Consent Order.

*Approved by Judge Novalyn L. Winfield June 08, 2009*

Debtor:        Mantiff-Jahnavi Zanesville Hospitality, LLC

Case No.:      08-26040 (NLW)

Caption of Order:   Second Consent Order Modifying Sale Price and Extending Deadline to Close on Sale of Debtor's Real and Personal Property

---

THE FORM AND ENTRY OF THE WITHIN
CONSENT ORDER IS HEREBY AGREED TO BY:

| **TEICH GROH** | **MAHADEVA, PLLC** |
|---|---|
| *Counsel to Buyer, Dipali Jariwala* | *Co-Counsel to Ciena Capital Funding, LLC, Secured Creditor* |

By:   /s/ Brian W. Hofmeister           By:   /s/ Prassana Mahadeva
         Brian W. Hofmeister                         Prassana Mahadeva

**TRENK, DiPASQUALE, WEBSTER
  DELLA FERA & SODONO, P.C.**
*Counsel to Mantiff-Jahnavi Zanesville Hospitality, LLC, Debtor and Debtor-in-Possession*


By:   /s/ Joseph J. DiPasquale
         Joseph J. DiPasquale

*Approved by Judge Novalyn L. Winfield June  08, 2009*