UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**TRENK, DiPASQUALE, WEBSTER,
DELLA FERA & SODONO, P.C.**
347 Mount Pleasant Avenue, Suite 300
West Orange, NJ 07052
(973) 243-8600
Joseph J. DiPasquale (JD3330)
Thomas M. Walsh (TW0645)
Michele M. Dudas (MD5029)
*Counsel to Mantiff-Jahnavi Zanesville
Hospitality, LLC, Chapter 11 Debtor
and Debtor-in-Possession*

Order Filed on
6/15/2009
by Clerk U.S. Bankruptcy
Court District of New Jersey

| | |
|---|---|
| In re:<br><br>MANTIFF-JAHNAVI ZANESVILLE HOSPITALTIY, LLC,<br><br>Debtor. | Case No. 08-26040 (NLW)<br><br>Chapter 11<br><br>Honorable Novalyn L. Winfield |

**ORDER PURSUANT TO 11 U.S.C. § 1121(d) EXTENDING THE TIME PERIOD IN WHICH THE DEBTOR HAS THE EXCLUSIVE RIGHT TO FILE A PLAN OF REORGANIZATION AND EXTENDING THE TIME PERIOD IN WHICH THE DEBTOR HAS THE EXCLUSIVE RIGHT TO <u>SOLICIT ACCEPTANCE OF ITS PLAN OF REORGANIZATION</u>**

The relief set forth on the following pages, numbered one (1) and two (2), is hereby

**ORDERED**.

**DATED: 6/15/2009**

*/s/ Novalyn L. Winfield*
Honorable Novalyn L. Winfield
United States Bankruptcy Judge

| | |
|---|---|
| Debtor: | Mantiff-Jahnavi Zanesville Hospitality, L.L.C. |
| Case No.: | 08-26040 (NLW) |
| Caption of Order: | Order Pursuant to 11 U.S.C. § 1121(D) Extending the Time Period in which The Debtor has the Exclusive Right to File a Plan Of Reorganization and Extending the Time Period in which the Debtor has the Exclusive Right to Solicit Acceptance of its Plan of Reorganization |

**THIS MATTER**, having been presented to the Court upon the Motion of Mantiff-Jahnavi Zanesville Hospitality, LLC, Chapter 11 debtor and debtor-in-possession ("Debtor") for an Order, pursuant to 11 U.S.C. § 1121(d), extending the time period in which the Debtor has the exclusive right to file a plan of reorganization and extending the time period in which the Debtor has the exclusive right to solicit acceptance of its plan of reorganization, and upon the record herein, after due deliberation thereon, good and sufficient cause exists for the granting of the relief as set forth herein,

**IT IS HEREBY ORDERED that:**

1. The Debtor's exclusive period within which to file a Chapter 11 plan of reorganization is hereby extended through and until August 20, 2009.

2. The Debtor's exclusive period within which to solicit acceptance of its Chapter 11 plan of reorganization is hereby extended through and until October 19, 2009.

F:\WPDOCS\A-M\Mantiff Jahnavi Zanesville Hospitality LLC (Ramada Inn)\EXCLUSIVITY - Order3.doc

*Approved by Judge Novalyn L. Winfield June 15, 2009*